```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MULTISUMA INVESTMENT CORP., et al.,      :    23cv9717 (DLC)
                                         :
                          Plaintiffs,    :         ORDER
            -v-                          :
                                         :
PETROLES DE VENEZUELA, S.A.,             :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter of December 18, 2023, it is hereby

ORDERED that the January 4, 2024 initial pretrial conference is rescheduled to February 9, 2024 at 11:30 am in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         December 18, 2023

                                      _____
                                              DENISE COTE
                                      United States District Judge