UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
MULTISUMA INVESTMENT CORP., et al.,      :
                                         :
                    Plaintiffs,          :    23cv9717(DLC)
                                         :
          -v-                            :
                                         :       ORDER
PETROLES DE VENEZUELA, S.A.,             :
                                         :
                    Defendant.           :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

   Pursuant to the Court's record, the time for defendant Petroles de Venezuela to answer has passed.  Accordingly, it is hereby

   ORDERED that the February 9, 2024 initial pretrial conference is cancelled.

   IT IS FURTHER ORDERED that plaintiffs shall submit to the Court by March 1, 2024, an order to show cause for entry of a default against the defendant, returnable at **1:00 pm** on **March 22** in Courtroom 18B.  Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

Dated:    New York, New York
          February 7, 2024

                                     _____
                                            DENISE COTE
                                     United States District Judge