```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MULTISUMA INVESTMENT CORP., et al.,      :
                                         :
                        Plaintiff,       :    23cv9717 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
PETROLES DE VENEZUELA, S.A.,             :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 17, 2024, the deadline for the plaintiffs to file a motion for default judgment was extended to Monday, June 3, 2024. Accordingly, it is hereby

ORDERED that the motion is returnable on **June 28, 2024** at **10:30 A.M.** in Courtroom 18B. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order on the defendant on or before **May 24, 2024** by certified overnight mail and shall file proof of such service on ECF.

Dated:   New York, New York
         May 15, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge