# Vinson&Elkins

Dora Georgescu  dgeorgescu@velaw.com
**Tel** +1.212.237.0186  **Fax** +1.917.849.5373

June 21, 2024

**Via CM/ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The conference is adjourned to
July 17, 2024 at 10:00 A.M.

*/s/ Denise Cote*

June 21, 2024

Re:   *Multisuma Investment Corp. et al. v. Petróleos de Venezuela, S.A.*, No. 1:23-cv-09717-DLC (S.D.N.Y.): Joint Request for Adjournment of Status Conference

Dear Judge Cote,

   Plaintiffs, Multisuma Investment Corp. et al., and Defendant, Petróleos de Venezuela, S.A., (the "Parties") jointly write pursuant to Rule 1(E) of your Honor's Individual Practices to respectfully request a 20-day adjournment of the Status Conference, which is currently scheduled for June 25, 2024 at 2:00 p.m.  *See* Dkt. No. 31.  The Parties request an adjournment to July 15, 2024.

   This is the Parties' first request for an adjournment of the Status Conference.  The Parties seek this adjournment because they are discussing a proposal to obviate litigation at this time.

                                                                 Sincerely,

*/s/ Sari E. Kolatch*
Sari E. Kolatch

COHEN TAUBER SPIEVACK & WAGNER, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
Telephone: (212) 586-5800
skolatch@ctswlaw.com

*Counsel for Plaintiffs*

*/s/ Dora Georgescu*
Dora Georgescu

VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036
Telephone: (212) 237-0186
dgeorgescu@velaw.com

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036-7708
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com



June 21, 2024   Page 2

Andreina Escobar
VINSON & ELKINS LLP
845 Texas Ave, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2556
aescobar@velaw.com

*Counsel for Defendant Petróleos de Venezuela, S.A.*