UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
MULTISUMA INVESTMENT CORP., et al,         :          23cv9717(DLC)
                                           :
                              Plaintiffs,  :             ORDER
             -v-                           :
                                           :
PETROLEOS DE VENEZUELA,                    :
                              Defendant.   :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     For the reasons stated at the initial conference on July

17, 2024, it is hereby

     ORDERED that the parties shall file by **August 23, 2024** a

proposed stipulation of dismissal without prejudice.


Dated:     New York, New York
           July 17, 2024


                                   _____
                                          DENISE COTE
                                   United States District Judge