# C | T | S | W

### COHEN TAUBER SPIEVACK & WAGNER P.C.

Sari E. Kolatch

Direct:  212-381-8729
Email:  skolatch@ctswlaw.com

July 17, 2024

**VIA ECF**

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

> Re:  *Multisuma Investment Corp., et al. v. Petroleós de Venezuela, S.A.*
> Case 1:23-cv-09717-DLC

Dear Judge Cote:

We represent plaintiffs Multisuma Investment Corp., Yardland Holdings Inc., Daily Latino America SA, Cen Xiyne Siem Wu, and Cen Xijiao Siem Wu (collectively, "Plaintiffs") in the above-referenced action.

For the reasons discussed at the initial conference this morning, Plaintiffs withdraw their motion for a default judgment (ECF Doc. 24).

Respectfully submitted,

*Sari E. Kolatch*

Sari E. Kolatch

*So ordered.*

*Denise Cote*
*7/18/24*